FILED
2010 Mar-31  PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRANDY WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | CV-09-RRA-2421-S |
| DISCOVER BANK, et al., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

All remaining parties in this case have filed a notice of settlement or signed a stipulation of dismissal.  Accordingly, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that this case is **DISMISSED, with prejudice**, each party to bear their own costs.

**DONE** and **ORDERED** this 31st day of March, 2010.

Robert R. Armstrong, Jr.
United States Magistrate Judge